STATE of Missouri, Respondent,

v.

Edward D. CURTIS, Appellant.

Nos. WD 48953, WD 50386.

Missouri Court of Appeals,
Western District.

Aug. 22, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Edward Curtis appeals his conviction of five counts of sodomy and one count of abuse of a child after a jury trial. He also appeals denial of his motion for post conviction relief under Rule 29.15. No precedential purpose in publishing a written opinion existing, the convictions and the denial of his motion for postconviction relief are affirmed by summary order.

**106**

The judgment of conviction and the denial of the postconviction Rule 29.15 motion are affirmed. Rules 30.25(b) and 84.16(b).